IN RE CONDEMNATION OF LEE

No. 290P87.

Case below: 85 N.C. App. 302.

Petition by Becker Sand and Gravel Company, Inc. for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

JOHNSON v. BROWN

No. 279P87.

Case below: 85 N.C. App. 170.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

LYNCH v. SHERRILL PAVING CO.

No. 321P87.

Case below: 86 N.C. App. 111.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

MEDINA v. TOWN AND COUNTRY FORD

No. 338A87.

Case below: 85 N.C. App. 650.

Petition by defendant (Town and Country Ford) for discretionary review pursuant to G.S. 7A-31 and App. Rule 16(b) as to additional issues allowed 28 July 1987.

MELLOTT v. PINEHURST, INC.

No. 233PA87.

Case below: 85 N.C. App. 170.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1987.